Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 18−16711−KCF
                    Chapter: 13
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberley A. Giovanni
   aka Kim Giovanni, aka Kimberley
   Giovanni
   187 Walnut Creek Ln
   Toms River, NJ 08753−2566

Social Security No.:
   xxx−xx−3220

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 4, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 20 − 13
Order Granting Notice of Request for Loss Mitigation(Related Doc # 13). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/4/2018. (ckk)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 4, 2018
JAN: ckk

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kimberley A. Giovanni  
    Debtor

Case No. 18-16711-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 04, 2018  
                       Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
```
aty            +Parker McCay, PA,    9000 Midlantic Drive, Suite 300,    PO Box 5054,
                 Mount Laurel, NJ 08054-5054
lm             +SLS,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
```
          Albert   Russo    docs@russotrustee.com
          Daniel E. Straffi    on behalf of Debtor Kimberley A. Giovanni bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
          Denise E. Carlon    on behalf of Creditor    GMAT Legal title Trust 2013-1,U.S.Bank National
           Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    GMAT Legal title Trust 2013-1,U.S.Bank National
           Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```
                                                                                                                                                     TOTAL: 5