# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  18−16711−KCF
                              Chapter:  13
                              Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberley A. Giovanni
   aka Kim Giovanni, aka Kimberley
   Giovanni
   187 Walnut Creek Ln
   Toms River, NJ 08753−2566

Social Security No.:
   xxx−xx−3220

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 23, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 31
Order Granting Application for Extension of Loss Mitigation (Related Doc # 31). Loss Mitigation Period Extended to: 11/19/2018. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/23/2018. (slf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 23, 2018
JAN: slf

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-16711-KCF
Kimberley A. Giovanni                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 23, 2018
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
lm             +SLS,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Daniel E. Straffi    on behalf of Debtor Kimberley A. Giovanni bktrustee@straffilaw.com,
   G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
      Denise E. Carlon    on behalf of Creditor    GMAT Legal title Trust 2013-1,U.S.Bank National
   Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    GMAT Legal title Trust 2013-1,U.S.Bank National
   Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5