UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-16771 |
| | Chapter: | 7 |
| Giovanni, Kimberly A. | Judge: | KCF |

### NOTICE OF PROPOSED ABANDONMENT

___John Michael McDonnell___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    United States Bankruptcy Court Clerk
401 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson___ on ___2/26/2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    187 Walnut Creek Lane
Toms River, NJ 08753

Value: $170,000

Liens on property:    $400,000

Amount of equity claimed as exempt:  0

Objections must be served on, and requests for additional information directed to:

Name:    John Michael McDonnell, Trustee

Address:    115 Maple Avenue, Red Bank, New Jersey 07701

Telephone No.:    732-383-7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                    Case No. 18-16711-KCF
Kimberley A. Giovanni                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 4          Date Rcvd: Jan 25, 2019
                             Form ID: pdf905       Total Noticed: 112

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
```
db            Kimberley A. Giovanni,   187 Walnut Creek Ln,   Toms River, NJ  08753-2566
aty          +Parker McCay, PA,   9000 Midlantic Drive, Suite 300,   PO Box 5054,
              Mount Laurel, NJ 08054-5054
lm           +SLS,   8742 Lucent Blvd., Ste. 300,   Highlands Ranch, CO 80129-2386
517436082     A-1 Collections Svc,   2297 Highway 33,   Hamilton Square, NJ  08690-1717
517436083     Anoop Porwal, MD,   PO Box 1844,   Toms River, NJ  08754-1844
517436085    +Bank Of America, NA,   100 North Tryon Street,   Charlotte, NC 28202-4000
517436086     Bureau of Accounts Con,   3601 US Highway 9,   Howell, NJ  07731-3395
517528090     Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517436091    +Centrastate Medical Center,   PO Box 730,   Allenwood, NJ 08720-0730
517436092     Chase Mtg,   PO Box 24696,   Columbus, OH  43224-0696
517436093     Citibank/the Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   PO Box 790040,
              Saint Louis, MO  63179-0040
517436094     Citifinancia,   Attn: Bankruptcy,   605 Munn Rd E,   Fort Mill, SC  29715-8421
517436096     Citifinancial,   605 Munn Rd E,   Fort Mill, SC  29715-8421
517436095    +Citifinancial,   605 Munn Road,   Fort Mill, SC 29715-8421
517436108   ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN  55101-1311
             (address filed with court:  Ditech Financial LLC,   332 Minnesota St Ste 610,
              Saint Paul, MN  55101-7707)
517436109     Emergency Medical Associates,   PO Box 60614,   Savannah, GA  31420-0614
517436113     First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD  57107-0145
517436112     First Premier Bank,   PO Box 5524,   Sioux Falls, SD  57117-5524
517436114     Global Anesthesia Asso,   180 Main St,   Hackensack, NJ  07601-7125
517436116     HSBC Bank,   PO Box 9100,   Farmingdale, NY  11735-9100
517436115    +Health Village Imaging, LLC,   1301 Route 72 West, Suite 100,   Manahawkin, NJ 08050-2483
517436119     Jeffrey H. Gerstenblatt, Esq.,   545 E County Line Rd,   Lakewood, NJ  08701-1487
517436120     Jersey Shore Neurology Associates,   1900 Corlies Avenue,   Neptune, NJ  07753-4800
517436127     LVNV Funding, LLC,   200 Meeting Street, Suite 206,   Charleston, SC  29401-3187
517436125     Leroys Jewelers,   Sterling Jewelers, Inc/Attn: Bankruptcy,   PO Box 1799,
              Akron, OH  44309-1799
517436128     Medical Data Systems I,   645 Walnut St Ste 5,   Gadsden, AL  35901-4173
517436131     Myriad Emergency Phys, LLC,   PO Box 80137,   Philadelphia, PA  19101-1137
517436134    +Orthopaedic Institute Of Central Jersey,   2164 Route 35, Bldg. A,   Seagirt, NJ 08750-1013
517436135     Paramount Recovery Sys,   7524 Bosque Blvd Ste L,   Waco, TX  76712-3772
517436136    +Parker McCay, PA,   9000 Midlantic Drive, Suite 300,   PO Box 5054,   Mt. Laurel, NJ 08054-5054
517436137    #Physicians Regional Medical Center,   900 E Oak Hill Ave,   Knoxville, TN  37917-4505
517436139     Pressler & Pressler,   7 Entin Road,   Parsippany, NJ  07054-5020
517436140    +Princeton Dental,   15 Princeton Ave,   Brick, NJ 08724-3515
517436141     Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ  08026-1191
517436143     Sears/Cbna,   PO Box 6283,   Sioux Falls, SD  57117-6283
517436145     Specialized Loan Servi,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO  80129-2386
517436146     Specialized Loan Servicing/Sls,   Attn: Bankruptcy,   PO Box 636005,
              Littleton, CO  80163-6005
517436168   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit Co,   PO Box 8026,
              Cedar Rapids, IA  52408-8026)
517436161     Target,   C/O Financial & Retail Srvs Mailstopn BT,   PO Box 9475,
              Minneapolis, MN  55440-9475
517436162     Target N.b.,   PO Box 673,   Minneapolis, MN  55440-0673
517436163     Td Bank USA/Targetcred,   PO Box 673,   Minneapolis, MN  55440-0673
517436164     Thd/Cbna,   PO Box 6497,   Sioux Falls, SD  57117-6497
517436165     Toms River Anesthesia Associates,   PO Box 479,   Cliffside Park, NJ  07010-0479
517436166    +Township Of Toms River Tax Collector,   33 Washington Street,   Toms River, NJ 08753-7642
517526656    +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
              Addison, Texas 75001-9013
517436167     Toyota Motor Credit,   PO Box 9786,   Cedar Rapids, IA  52409-0004
517479639    +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517436171     US Bank Cust PC  4 & Cred,   50 S 16th St Ste 2050,   Philadelphia, PA  19102-2516
517436173     Wells Fargo Bank,   PO Box 14517,   Des Moines, IA  50306-3517
517436174     Wells Fargo Bank,   PO Box 10438,   Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2019 00:10:06    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2019 00:10:02    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517585816     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 26 2019 00:07:23
              Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
              Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
517436084     E-mail/Text: billing@assa-nj.com Jan 26 2019 00:10:35    Atlantic Shore Surgical Associates,
              478 Brick Blvd.,   Brick, NJ  08723-6077
```

District/off: 0312-3              User: admin              Page 2 of 4              Date Rcvd: Jan 25, 2019
                                 Form ID: pdf905           Total Noticed: 112


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517436089        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 26 2019 00:08:19        Capital One Bank,
                 PO Box 85520,   Richmond, VA  23285
517436087        E-mail/Text: bnc-capio@quantum3group.com Jan 26 2019 00:09:59       Capio Partners LLC,
                 2222 Texoma Pkwy Ste 150,   Sherman, TX  75090-2481
517436088        E-mail/Text: bankruptcy@usecapital.com Jan 26 2019 00:11:24       Capital Accounts,
                 PO Box 140065,   Nashville, TN  37214-0065
517436090       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 26 2019 00:07:11       Capital One/Bonton,
                 Po Box 30253,   Salt Lake City, UT 84130-0253
517436097       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:45       Comenity Bank,
                 Po Box 182789,   Columbus, OH 43218-2789
517436098        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:45       Comenity Bank/Bon Ton,
                 Attn: Bankruptcy Dept,   PO Box 18215,   Columbus, OH  43218
517436099        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:45       Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy Dept,   PO Box 18215,   Columbus, OH  43218
517436100        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:45       Comenity Bank/Lnbryant,
                 PO Box 182789,   Columbus, OH  43218-2789
517436101        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:45
                 Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   PO Box 182125,
                 Columbus, OH  43218-2125
517436102        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:46       Comenitybank/victoria,
                 PO Box 182789,   Columbus, OH  43218-2789
517436103        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:46       Comenitybk/bonton,
                 PO Box 182789,   Columbus, OH  43218-2789
517436104        E-mail/Text: ebn@rwjbh.org Jan 26 2019 00:10:39       Community Medical Center,
                 PO Box 903 An Affiliate Of SBHCS,   Oceanport, NJ  07757-0903
517436105        E-mail/PDF: creditonebknotifications@resurgent.com Jan 26 2019 00:07:55        Credit One Bank,
                 ATTN: Bankruptcy,   PO Box 98873,   Las Vegas, NV  89193-8873
517436106        E-mail/PDF: creditonebknotifications@resurgent.com Jan 26 2019 00:07:52        Credit One Bank NA,
                 PO Box 98875,   Las Vegas, NV  89193-8875
517436107        E-mail/Text: bankruptcy.bnc@ditech.com Jan 26 2019 00:09:39       Ditech,   Attn: Bankruptcy,
                 PO Box 6172,   Rapid City, SD  57709-6172
517436110        E-mail/Text: bnc-bluestem@quantum3group.com Jan 26 2019 00:10:50       Fingerhut,   PO Box 166,
                 Newark, NJ  07101-0166
517436111        E-mail/Text: bnc-bluestem@quantum3group.com Jan 26 2019 00:10:50       Fingerhut,
                 Bankruptcy Dept,   6250 Ridgewood Rd,   Saint Cloud, MN  56303-0820
517436117        E-mail/Text: cio.bncmail@irs.gov Jan 26 2019 00:09:26       Internal Revenue Service,
                 PO Box 7346,   Special Procedures Branch, Bky Sec.,   Philadelphia, PA  19101-7346
517436118        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 26 2019 00:10:24       Jefferson Capital Syst,
                 16 McLeland Rd,   Saint Cloud, MN  56303-2198
517584619        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 26 2019 00:10:24       Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
517436121       +E-mail/Text: BKRMailOPS@weltman.com Jan 26 2019 00:09:42       Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
517436122        E-mail/Text: bncnotices@becket-lee.com Jan 26 2019 00:09:11       Kohls/Capital One,
                 Kohls Credit,   PO Box 3120,   Milwaukee, WI  53201-3120
517436123       +E-mail/Text: bncnotices@becket-lee.com Jan 26 2019 00:09:11       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517587002        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 26 2019 00:18:52
                 LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517436124       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:46       Lane Bryant,
                 450 Winks Lane,   Bensalem, PA 19020-5943
517436126        E-mail/Text: resurgentbknotifications@resurgent.com Jan 26 2019 00:07:22       Lvnv Funding LLC,
                 PO Box 1269,   Greenville, SC  29602-1269
517436129        E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2019 00:10:01       Midland Funding,
                 2365 Northside Dr Ste 30,   San Diego, CA  92108-2709
517540563       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2019 00:10:01       Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517436130       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 26 2019 00:10:01       Midland Funding, LLC,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
517436133       +E-mail/Text: OMCbankruptcy@hackensackmeridian.org Jan 26 2019 00:10:53        Ocean Medical Center,
                 PO Box 417140,   Boston, MA 02241-7140
517436132        E-mail/Text: OMCbankruptcy@hackensackmeridian.org Jan 26 2019 00:10:53        Ocean Medical Center,
                 PO Box 4171401 Meridian Health,   Boston, MA  02241-7140
517532597        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2019 00:08:25
                 Portfolio Recovery Associates, LLC,   C/O Capital One Bank (usa), N.A.,   POB 41067,
                 Norfolk VA 23541
517532594        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2019 00:08:24
                 Portfolio Recovery Associates, LLC,   c/o Paypal,   POB 41067,   Norfolk VA 23541
517551694        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2019 00:29:51
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
517436138        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2019 00:08:24
                 Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,   Norfolk, VA  23502-4952
517525447        E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2019 00:09:55
                 Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
517569476        E-mail/Text: bnc-quantum@quantum3group.com Jan 26 2019 00:09:55
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788

```
District/off: 0312-3          User: admin            Page 3 of 4              Date Rcvd: Jan 25, 2019
                              Form ID: pdf905         Total Noticed: 112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517436144    +E-mail/Text: bankruptcy@senexco.com Jan 26 2019 00:09:02       Senex Services Corp,
              333 Founds Rd,   Indianapolis, IN  46268
517436142     E-mail/Text: bankruptcy@savit.com Jan 26 2019 00:11:10      Sa-Vit Collection Agen,
              46 W Ferris St,   East Brunswick, NJ  08816-2159
517436150     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:08:06       Syncb/Pc Richard,   PO Box 965036,
              Orlando, FL  32896-5036
517436151     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:08:06       Syncb/Toys R US,
              Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
517436154     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:00       Syncb/Walmart,   PO Box 965024,
              El Paso, TX  79998
517436147     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:08:06       Syncb/amazon,   PO Box 965015,
              Orlando, FL  32896-5015
517436148    +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:00       Syncb/lowes,   PO Box 956005,
              Orlando, FL  32896-0001
517436149     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:33       Syncb/paypal Smart Con,
              PO Box 965005,   Orlando, FL  32896-5005
517436152     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:08:06       Syncb/toysrus,   PO Box 965005,
              Orlando, FL  32896-5005
517436153     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:33       Syncb/walmar,   PO Box 965024,
              El Paso, TX  79998
517436155     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:00       Synchrony Bank,   PO Box 530948,
              Atlanta, GA  30353-0948
517437604    +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:01       Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517436156     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:33       Synchrony Bank/Amazon,
              Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL  32896-5060
517436157     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:33       Synchrony Bank/Lowes,
              Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL  32896-5060
517436158     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:08:06       Synchrony Bank/Paypal Cr,
              Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL  32896-5060
517436159     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:33       Synchrony Bank/Pc Richards & Sons,
              Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL  32896-5060
517436160     E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:08:09       Synchrony Bank/Walmart,
              Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL  32896-5060
517584095    +E-mail/Text: bncmail@w-legal.com Jan 26 2019 00:10:18       TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517436170     E-mail/Text: bankruptcydepartment@tsico.com Jan 26 2019 00:10:55       Transworld Systems Inc.,
              PO Box 15520,   Wilmington, DE  19850-5520
517570185    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 26 2019 00:19:04       Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517436172     E-mail/Text: bnc-bluestem@quantum3group.com Jan 26 2019 00:10:50       Webbank/fingerhut,
              6250 Ridgewood Rd,   Saint Cloud, MN  56303-0820
                                                                           TOTAL: 62
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517436169*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Corp,   PO Box 8026,
              Cedar Rapids, IA  52408-8026)
                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin              Page 4 of 4              Date Rcvd: Jan 25, 2019
                               Form ID: pdf905          Total Noticed: 112
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Kimberley A. Giovanni bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    GMAT Legal title Trust 2013-1,U.S.Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com
              Kevin Gordon McDonald    on behalf of Creditor    GMAT Legal title Trust 2013-1,U.S.Bank National
               Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 7