UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :        Case no.:        __18-16711-KCF__
                                                    :
Kimberley A. Giovanni                               :        Chapter:         _____7_____
                                                    :
                                                    :        Judge:           ____Ferguson____
                       Debtor(s)                    :
_____                :

## CERTIFICATION OF NO OBJECTION

I ___Alyson M. Guida___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
187 Walnut Creek Lane, Toms River, NJ 08753


JEANNE A. NAUGHTON, Clerk

Date: 02/22/2019                          By: Alyson M. Guida

*rev.2/10/17*