| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kimberley A. Giovanni<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3220<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–16711–KCF | | |

## Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Kimberley A. Giovanni
    aka Kim Giovanni, aka Kimberley Giovanni

2/22/19                                                                                           **By the court:**    Kathryn C. Ferguson
                                                                                                                               United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Kimberley A. Giovanni  
    Debtor

Case No. 18-16711-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4     Date Rcvd: Feb 22, 2019  
                Form ID: 318     Total Noticed: 120

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.

```
db              Kimberley A. Giovanni,    187 Walnut Creek Ln,    Toms River, NJ  08753-2566
aty            +Parker McCay, PA,    9000 Midlantic Drive, Suite 300,    PO Box 5054,
                 Mount Laurel, NJ 08054-5054
lm             +SLS,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
517436082       A-1 Collections Svc,    2297 Highway 33,    Hamilton Square, NJ  08690-1717
517436083       Anoop Porwal, MD,    PO Box 1844,    Toms River, NJ  08754-1844
517436086       Bureau of Accounts Con,    3601 US Highway 9,    Howell, NJ  07731-3395
517436091      +Centrastate Medical Center,    PO Box 730,    Allenwood, NJ 08720-0730
517436092       Chase Mtg,    PO Box 24696,    Columbus, OH  43224-0696
517436093       Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,
                 Saint Louis, MO  63179-0040
517436094       Citifinancia,    Attn: Bankruptcy,    605 Munn Rd E,    Fort Mill, SC  29715-8421
517436096       Citifinancial,    605 Munn Rd E,    Fort Mill, SC  29715-8421
517436095      +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
518026673       Coastal Imaging, LL,    PO Box 6750,    Portsmouth, NH  03802-6750
517436108     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court:  Ditech Financial LLC,    332 Minnesota St Ste 610,
                 Saint Paul, MN  55101-7707)
517436109       Emergency Medical Associates,    PO Box 60614,    Savannah, GA  31420-0614
517436114       Global Anesthesia Asso,    180 Main St,    Hackensack, NJ  07601-7125
517436116       HSBC Bank,    PO Box 9100,    Farmingdale, NY  11735-9100
518026674       Hackensack Meridian Health,    PO Box 650292,    Dallas, TX  75265-0292
517436115      +Health Village Imaging, LLC,    1301 Route 72 West, Suite 100,    Manahawkin, NJ 08050-2483
517436119       Jeffrey H. Gerstenblatt, Esq.,    545 E County Line Rd,    Lakewood, NJ  08701-1487
517436120       Jersey Shore Neurology Associates,    1900 Corlies Avenue,    Neptune, NJ  07753-4800
517436127       LVNV Funding, LLC,    200 Meeting Street, Suite 206,    Charleston, SC  29401-3187
517436125       Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,    PO Box 1799,
                 Akron, OH  44309-1799
517436128       Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL  35901-4173
518026675       Meridian Cardiovasular Interp,    PO Box 416787,    Boston, MA  02241-6787
517436131       Myriad Emergency Phys, LLC,    PO Box 80137,    Philadelphia, PA  19101-1137
518026676       Nicholas Cariddo, APN,    37 Lakehurst Rd,    Toms River, NJ  08753
518026677       Ocean Pulmonary Associates, P.A.,    3 Plaza Dr Ste 2,    Toms River, NJ  08757-3764
517436134      +Orthopaedic Institute Of Central Jersey,    2164 Route 35, Bldg. A,    Seagirt, NJ 08750-1013
517436135       Paramount Recovery Sys,    7524 Bosque Blvd Ste L,    Waco, TX  76712-3772
517436136      +Parker McCay, PA,    9000 Midlantic Drive, Suite 300,    PO Box 5054,    Mt. Laurel, NJ 08054-5054
517436137       #Physicians Regional Medical Center,    900 E Oak Hill Ave,    Knoxville, TN  37917-4505
517436139       Pressler & Pressler,    7 Entin Road,    Parsippany, NJ  07054-5020
517436140      +Princeton Dental,    15 Princeton Ave,    Brick, NJ 08724-3515
517436141       Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ  08026-1191
518026678       Shore Heart Group,    1820 State Route 33 Ste 4B,    Neptune, NJ  07753-4860
517436145       Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
517436146       Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
                 Littleton, CO  80163-6005
518026679       State of New Jersey/Department of Labor,    PO Box 951,    Trenton, NJ  08625-0951
517436165       Toms River Anesthesia Associates,    PO Box 479,    Cliffside Park, NJ  07010-0479
517436166      +Township Of Toms River Tax Collector,    33 Washington Street,    Toms River, NJ 08753-7642
517526656      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517479639      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517436171       US Bank Cust PC  4 & Cred,    50 S 16th St Ste 2050,    Philadelphia, PA  19102-2516
518026680       Wael A. Elsamman, MD,    9 Mule Rd,    Toms River, NJ  08755-5043
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:55    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517585816       EDI: RESURGENT.COM Feb 23 2019 04:38:00    Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517436084       E-mail/Text: billing@assa-nj.com Feb 23 2019 00:14:30    Atlantic Shore Surgical Associates,
                 478 Brick Blvd.,    Brick, NJ  08723-6077
517436085      +EDI: BANKAMER2.COM Feb 23 2019 04:38:00    Bank Of America, NA,    100 North Tryon Street,
                 Charlotte, NC 28202-4000
517436089       EDI: CAPITALONE.COM Feb 23 2019 04:38:00    Capital One Bank,    PO Box 85520,
                 Richmond, VA  23285
517436087       EDI: CAPIO.COM Feb 23 2019 04:38:00    Capio Partners LLC,    2222 Texoma Pkwy Ste 150,
                 Sherman, TX  75090-2481
517436088       E-mail/Text: bankruptcy@usecapital.com Feb 23 2019 00:15:41    Capital Accounts,
                 PO Box 140065,    Nashville, TN  37214-0065
```

```
District/off: 0312-3          User: admin              Page 2 of 4                   Date Rcvd: Feb 22, 2019
                              Form ID: 318             Total Noticed: 120


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517528090          EDI: BL-BECKET.COM Feb 23 2019 04:38:00       Capital One, N.A.,   c/o Becket and Lee LLP,
                   PO Box 3001,   Malvern PA 19355-0701
517436090         +EDI: CAPITALONE.COM Feb 23 2019 04:38:00      Capital One/Bonton,   Po Box 30253,
                   Salt Lake City, UT 84130-0253
517436097         +EDI: WFNNB.COM Feb 23 2019 04:38:00       Comenity Bank,   Po Box 182789,
                   Columbus, OH 43218-2789
517436098          EDI: WFNNB.COM Feb 23 2019 04:38:00       Comenity Bank/Bon Ton,   Attn: Bankruptcy Dept,
                   PO Box 18215,    Columbus, OH   43218
517436099          EDI: WFNNB.COM Feb 23 2019 04:38:00       Comenity Bank/Lane Bryant,   Attn: Bankruptcy Dept,
                   PO Box 18215,    Columbus, OH   43218
517436100          EDI: WFNNB.COM Feb 23 2019 04:38:00       Comenity Bank/Lnbryant,   PO Box 182789,
                   Columbus, OH   43218-2789
517436101          EDI: WFNNB.COM Feb 23 2019 04:38:00       Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,
                   PO Box 182125,    Columbus, OH   43218-2125
517436102          EDI: WFNNB.COM Feb 23 2019 04:38:00       Comenitybank/victoria,   PO Box 182789,
                   Columbus, OH   43218-2789
517436103          EDI: WFNNB.COM Feb 23 2019 04:38:00       Comenitybk/bonton,   PO Box 182789,
                   Columbus, OH   43218-2789
517436104          E-mail/Text: ebn@rwjbh.org Feb 23 2019 00:14:34       Community Medical Center,
                   PO Box 903 An Affiliate Of SBHCS,    Oceanport, NJ   07757-0903
517436105          EDI: RCSFNBMARIN.COM Feb 23 2019 04:38:00       Credit One Bank,   ATTN: Bankruptcy,
                   PO Box 98873,    Las Vegas, NV   89193-8873
517436106          EDI: RCSFNBMARIN.COM Feb 23 2019 04:38:00       Credit One Bank NA,   PO Box 98875,
                   Las Vegas, NV   89193-8875
517436107          E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2019 00:13:20        Ditech,   Attn: Bankruptcy,
                   PO Box 6172,   Rapid City, SD   57709-6172
517436110          EDI: BLUESTEM Feb 23 2019 04:38:00       Fingerhut,   PO Box 166,   Newark, NJ   07101-0166
517436111          EDI: BLUESTEM Feb 23 2019 04:38:00       Fingerhut,   Bankruptcy Dept,   6250 Ridgewood Rd,
                   Saint Cloud, MN   56303-0820
517436112          EDI: AMINFOFP.COM Feb 23 2019 04:38:00       First Premier Bank,   PO Box 5524,
                   Sioux Falls, SD   57117-5524
517436113          EDI: AMINFOFP.COM Feb 23 2019 04:38:00       First Premier Bank,   3820 N Louise Ave,
                   Sioux Falls, SD   57107-0145
517436117          EDI: IRS.COM Feb 23 2019 04:38:00       Internal Revenue Service,   PO Box 7346,
                   Special Procedures Branch, Bky Sec.,    Philadelphia, PA   19101-7346
517436118          EDI: JEFFERSONCAP.COM Feb 23 2019 04:33:00       Jefferson Capital Syst,   16 McLeland Rd,
                   Saint Cloud, MN   56303-2198
517584619          EDI: JEFFERSONCAP.COM Feb 23 2019 04:33:00       Jefferson Capital Systems LLC,   Po Box 7999,
                   Saint Cloud Mn 56302-9617
517436121         +E-mail/Text: BKRMailOPS@weltman.com Feb 23 2019 00:13:23        Kay Jewelers,   375 Ghent Rd,
                   Fairlawn, OH 44333-4600
517436122          EDI: CBSKOHLS.COM Feb 23 2019 04:38:00       Kohls/Capital One,   Kohls Credit,   PO Box 3120,
                   Milwaukee, WI   53201-3120
517436122          E-mail/Text: bncnotices@becket-lee.com Feb 23 2019 00:12:39        Kohls/Capital One,
                   Kohls Credit,   PO Box 3120,   Milwaukee, WI   53201-3120
517436123         +EDI: CBSKOHLS.COM Feb 23 2019 04:38:00       Kohls/capone,   N56 W 17000 Ridgewood Dr,
                   Menomonee Falls, WI 53051-7096
517436123         +E-mail/Text: bncnotices@becket-lee.com Feb 23 2019 00:12:39        Kohls/capone,
                   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517587002          EDI: RESURGENT.COM Feb 23 2019 04:38:00       LVNV Funding, LLC its successors and assigns as,
                   assignee of MHC Receivables, LLC and,    FNBM, LLC,   Resurgent Capital Services,
                   PO Box 10587,   Greenville, SC 29603-0587
517436124         +EDI: WFNNB.COM Feb 23 2019 04:38:00       Lane Bryant,   450 Winks Lane,
                   Bensalem, PA 19020-5943
517436126          EDI: RESURGENT.COM Feb 23 2019 04:38:00       Lvnv Funding LLC,   PO Box 1269,
                   Greenville, SC   29602-1269
517436129          EDI: MID8.COM Feb 23 2019 04:38:00       Midland Funding,   2365 Northside Dr Ste 30,
                   San Diego, CA   92108-2709
517540563         +EDI: MID8.COM Feb 23 2019 04:38:00       Midland Funding LLC,   PO Box 2011,
                   Warren, MI 48090-2011
517436130         +EDI: MID8.COM Feb 23 2019 04:38:00       Midland Funding, LLC,   8875 Aero Drive, Suite 200,
                   San Diego, CA 92123-2255
517436133         +E-mail/Text: OMCbankruptcy@hackensackmeridian.org Feb 23 2019 00:14:59        Ocean Medical Center,
                   PO Box 417140,   Boston, MA 02241-7140
517436132          E-mail/Text: OMCbankruptcy@hackensackmeridian.org Feb 23 2019 00:14:59        Ocean Medical Center,
                   PO Box 4171401 Meridian Health,    Boston, MA   02241-7140
517532597          EDI: PRA.COM Feb 23 2019 04:33:00       Portfolio Recovery Associates, LLC,
                   C/O Capital One Bank (usa), N.A.,    POB 41067,   Norfolk VA 23541
517532594          EDI: PRA.COM Feb 23 2019 04:33:00       Portfolio Recovery Associates, LLC,   c/o Paypal,
                   POB 41067,   Norfolk VA 23541
517551694          EDI: PRA.COM Feb 23 2019 04:33:00       Portfolio Recovery Associates, LLC,
                   c/o The Home Depot Consumer,   POB 41067,   Norfolk VA 23541
517436138          EDI: PRA.COM Feb 23 2019 04:33:00       Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,
                   Norfolk, VA   23502-4952
517525447          EDI: Q3G.COM Feb 23 2019 04:33:00       Quantum3 Group LLC as agent for,   CF Medical LLC,
                   PO Box 788,   Kirkland, WA   98083-0788
517569476          EDI: Q3G.COM Feb 23 2019 04:33:00       Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                   PO Box 788,   Kirkland, WA   98083-0788
```

```
District/off: 0312-3          User: admin              Page 3 of 4                  Date Rcvd: Feb 22, 2019
                              Form ID: 318             Total Noticed: 120


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517436144       +E-mail/Text: bankruptcy@senexco.com Feb 23 2019 00:12:31      Senex Services Corp,
                 333 Founds Rd,    Indianapolis, IN 46268
517436142        E-mail/Text: bankruptcy@savit.com Feb 23 2019 00:15:26      Sa-Vit Collection Agen,
                 46 W Ferris St,   East Brunswick, NJ 08816-2159
517436143        EDI: SEARS.COM Feb 23 2019 04:38:00      Sears/Cbna,   PO Box 6283,
                 Sioux Falls, SD 57117-6283
517436150        EDI: RMSC.COM Feb 23 2019 04:38:00      Syncb/Pc Richard,   PO Box 965036,
                 Orlando, FL 32896-5036
517436151        EDI: RMSC.COM Feb 23 2019 04:38:00      Syncb/Toys R US,   Attn: Bankruptcy,   PO Box 965060,
                 Orlando, FL 32896-5060
517436154        EDI: RMSC.COM Feb 23 2019 04:38:00      Syncb/Walmart,   PO Box 965024,   El Paso, TX 79998
517436147        EDI: RMSC.COM Feb 23 2019 04:38:00      Syncb/amazon,   PO Box 965015,   Orlando, FL 32896-5015
517436148       +EDI: RMSC.COM Feb 23 2019 04:38:00      Syncb/lowes,   PO Box 956005,   Orlando, FL 32896-0001
517436149        EDI: RMSC.COM Feb 23 2019 04:38:00      Syncb/paypal Smart Con,   PO Box 965005,
                 Orlando, FL 32896-5005
517436152        EDI: RMSC.COM Feb 23 2019 04:38:00      Syncb/toysrus,   PO Box 965005,
                 Orlando, FL 32896-5005
517436153        EDI: RMSC.COM Feb 23 2019 04:38:00      Syncb/walmar,   PO Box 965024,   El Paso, TX 79998
517436155        EDI: RMSC.COM Feb 23 2019 04:38:00      Synchrony Bank,   PO Box 530948,
                 Atlanta, GA 30353-0948
517437604       +EDI: RMSC.COM Feb 23 2019 04:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517436156        EDI: RMSC.COM Feb 23 2019 04:38:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
517436157        EDI: RMSC.COM Feb 23 2019 04:38:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
517436158        EDI: RMSC.COM Feb 23 2019 04:38:00      Synchrony Bank/Paypal Cr,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
517436159        EDI: RMSC.COM Feb 23 2019 04:38:00      Synchrony Bank/Pc Richards & Sons,
                 Attn: Bankruptcy Dept,   PO Box 965060,    Orlando, FL 32896-5060
517436160        EDI: RMSC.COM Feb 23 2019 04:38:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
517584095       +E-mail/Text: bncmail@w-legal.com Feb 23 2019 00:14:14      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517436168        EDI: TFSR.COM Feb 23 2019 04:33:00      Toyota Motor Credit Co,   PO Box 8026,
                 Cedar Rapids, IA 52408-8026
517436161        EDI: WTRRNBANK.COM Feb 23 2019 04:38:00      Target,   C/O Financial & Retail Srvs Mailstopn BT,
                 PO Box 9475,    Minneapolis, MN 55440-9475
517436162        EDI: WTRRNBANK.COM Feb 23 2019 04:38:00      Target N.b.,   PO Box 673,
                 Minneapolis, MN 55440-0673
517436163        EDI: WTRRNBANK.COM Feb 23 2019 04:38:00      Td Bank USA/Targetcred,   PO Box 673,
                 Minneapolis, MN 55440-0673
517436164        EDI: CITICORP.COM Feb 23 2019 04:38:00      Thd/Cbna,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
517436167        EDI: TFSR.COM Feb 23 2019 04:33:00      Toyota Motor Credit,   PO Box 9786,
                 Cedar Rapids, IA 52409-0004
517436170        E-mail/Text: bankruptcydepartment@tsico.com Feb 23 2019 00:15:00      Transworld Systems Inc.,
                 PO Box 15520,    Wilmington, DE 19850-5520
517570185       +EDI: AIS.COM Feb 23 2019 04:33:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517436172        EDI: BLUESTEM Feb 23 2019 04:38:00      Webbank/fingerhut,   6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
517436173        EDI: WFFC.COM Feb 23 2019 04:38:00      Wells Fargo Bank,   PO Box 14517,
                 Des Moines, IA 50306-3517
517436174        EDI: WFFC.COM Feb 23 2019 04:38:00      Wells Fargo Bank,   PO Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 77

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517436169*      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Motor Credit Corp,   PO Box 8026,
                 Cedar Rapids, IA 52408-8026)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Feb 22, 2019
                              Form ID: 318             Total Noticed: 120
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Kimberley A. Giovanni bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor   GMAT Legal title Trust 2013-1,U.S.Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               jcohen@mchfirm.com,NJ95@ecfcbis.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,   jcohen@mchfirm.com,NJ95@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor   GMAT Legal title Trust 2013-1,U.S.Bank National
               Association, as Legal Title Trustee kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```