Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  18–16711–KCF
          Chapter:  7
          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberley A. Giovanni
   aka Kim Giovanni, aka Kimberley
   Giovanni
   187 Walnut Creek Ln
   Toms River, NJ 08753–2566

Social Security No.:
   xxx–xx–3220

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 16, 2019</u>                <u>Kathryn C. Ferguson</u>
                                          Judge, United States Bankruptcy Court